UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TERRY DENT, *ET AL*.                                                                                         PLAINTIFFS

V.                                                             CIVIL ACTION NO. 4:02cv119TSL-LRA

FIDELITY NATIONAL, *ET AL*.
                                                                                                                    DEFENDANTS

_____
**ORDER OF DISMISSAL WITH PREJUDICE
OF REMAINING PLAINTIFFS**
_____

THERE HAVING COME BEFORE THE COURT the Stipulation of Dismissal filed by the Plaintiffs [54 ], and the Court having considered said Motion is of the opinion and finds that it is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that the Plaintiffs and the claims of the Plaintiffs Jeanette Brooks, Rondell Campbell, Jessie Chandler, Robert Miller, Travis Quinn, Viola Steen and Theodus Stevenson be and hereby are dismissed with prejudice.

IT IS, FURTHER, HEREBY ORDERED AND ADJUDGED that, since this Order finally concludes all claims of all Plaintiffs in this action, this Order constitutes the final judgment in this action and that this action be closed.

SO ORDERED AND ADJUDGED this the 12th day of   March, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE